# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MONICE ROSE COLLINS, <br><br> Defendant. | CR-16-61-GF-BMM <br><br> **ORDER** |

Defendant Monica Rose Collins has moved for early termination of her current term of supervised release. (Doc. 37.) The Government does not oppose the motion. (*Id.* at 2.) The Court conducted a hearing on the motion on October 1, 2019. For the reasons below, the Court will grant Collins's motion.

Collins pleaded guilty to Theft from an Indian Tribal Government Receiving Federal Funding. (*Id.*) The Court sentenced Collins to 3 years of probation on April 4, 2017. (*Id.*) The Court also ordered Collins to pay $16,400 in restitution. (Doc. 34 at 5.) Collins has completed approximately 30 months of her probation sentence. Collins's probation officer has indicated that Collins has complied with all of her supervision conditions, except for one positive UA for alcohol in December of 2018. (Doc. 37 at 2.) Collins has also paid approximately 60 percent of her restitution. (*Id.*)

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Collins has complied with her supervision conditions. Collins has demonstrated that she is able to conform her conduct to the law. Collins has obtained steady employment and has changed her lifestyle to address the Court's obligations. Collins does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 37) is **GRANTED**.

DATED this 1st day of October, 2019.

Brian Morris
United States District Court Judge